IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ARTHUR GOBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT CORPORATION, RAUL MARCELO CLAURE, MICHEL COMBES, GORDON M. BETHUNE, PATRICK T. DOYLE, RONALD D. FISHER, JULIUS GENACHOWSKI, STEPHEN R. KAPPAS, ADMIRAL MICHAEL G. MULLEN, MASAYOSHI SON, and SARA MARTINEZ TUCKER,<br><br>Defendants. | Case No. 2:18-cv-02523-JWL-TJJ |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Arthur Gober ("Plaintiff") hereby voluntarily dismisses his individual and class claims in the above-captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: October 5, 2018                                              Respectfully submitted,

/s/ John F. Edgar
John F. Edgar          # 18080
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
jfe@edgarlawfirm.com

Carl L. Stine (to appear *pro hac vice*)
Fei-Lu Qian (to appear *prov hac vice*)
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
cstine@wolfpopper.com
fqian@wolfpopper.com

*Attorneys for Plaintiff*